Patricia L. Peden (State Bar No. 206440)
Jesse A. Macias (State Bar No. 254794)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
2026-05-04@cases.warrenllp.com

Laurin H. Mills
WERTHER & MILLS, LLC
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
+1 (703) 547-4693
+1 (240) 912-3031 facsimile
laurin@werthermills.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| D.B., | ) Case No. |
| | ) |
| Plaintiff, | ) **DECLARATION OF JESSE A. MACIAS** |
| | ) **IN SUPPORT OF PLAINTIFF'S** |
| | ) **ADMINISTRATIVE MOTION TO** |
| v. | ) **SEAL COMPLAINT** |
| | ) |
| JOHN DOE, COINBASE GLOBAL, INC., | ) |
| and COINBASE, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

I, Jesse A. Macias, declare under penalty of perjury as follows:

1.      I am an attorney licensed to practice before this Court and the State of California.  I am an attorney at Warren LLP, counsel for Plaintiff D.B. in this action.  I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2.      I make this Declaration in accordance with Civil Local Rules 7-11(a) and 79-5 in support of Plaintiff's Administrative Motion to Seal Complaint ("Complaint").

//

– 1 –

3.      The unredacted Complaint contains highly sensitive financial account identifiers and confidential financial information that Plaintiff requests to remain sealed.

4.      Redacted portions of paragraphs 24, 25, and 27 contain financial-account numbers and identifiers, including a wallet address associated with a Coinbase retail-user, Coinbase's internal reference number for traced funds, and the transaction hash for the deposit of traceable stolen funds. This private information should be redacted pursuant to Federal Rule of Civil Procedure 5.2(a). Furthermore, sealing this information is necessary to protect the account holder's personal information, and to prevent cybercriminals from tracing these funds in the future, which could lead to Plaintiff's cryptocurrency wallet being targeted again.  To my knowledge, none of the financial-account numbers and identifiers discussed in this paragraph are publicly disclosed or publicly available, or they are not publicly associated with the account holder or the theft of Plaintiff's cryptocurrency.

5.      Redacted portions of paragraphs 1, 14, 19, 24, 47, 55, and 62 contain specific dollar amounts of digital assets stolen from Plaintiff's Ethereum-based wallet and specific dollar amounts of traceable stolen funds deposited into a Coinbase account.  This constitutes confidential information regarding Plaintiff's personal finances.  Unsealing the specific dollar amounts discussed in this paragraph will make it significantly more likely that Plaintiff will suffer an additional attack or attacks.  These amounts are not publicly disclosed or publicly available, or they are not publicly associated with Plaintiff.

6.      The proposed redactions are narrowly tailored to obscure only the specific financial account identifiers and the specific dollar amounts of the assets at issue, ensuring that the public's understanding of the underlying dispute does not suffer.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  May 4, 2026                                   Respectfully submitted,

                                                              /s/  Jesse A. Macias_____ _____
                                                              Jesse A. Macias

– 2 –

DECLARATION OF JESSE A. MACIAS