Patricia L. Peden (State Bar No. 206440)
Jesse A. Macias (State Bar No. 254794)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
2026-05-04@cases.warrenllp.com

Laurin H. Mills
WERTHER & MILLS, LLC
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
+1 (703) 547-4693
+1 (240) 912-3031 facsimile
laurin@werthermills.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| D.B.,<br><br>　　Plaintiff,<br><br>v.<br><br>JOHN DOE, COINBASE GLOBAL, INC.,<br>and COINBASE, INC.,<br><br>　　Defendants. | Case No. 3:26-cv-04050-TSH<br><br>**[PROPOSED] ORDER GRANTING<br>PLAINTIFF'S ADMINISTRATIVE<br>MOTION TO SEAL COMPLAINT** |

– 1 –

[PROPOSED] ORDER

# [PROPOSED] ORDER

Having considered Plaintiff's Administrative Motion to Seal Plaintiff's Motion to Seal Complaint, pursuant to Civil Local Rule 79-5(c), the Court GRANTS the motion to seal the following material:

| Paragraph of Complaint | Portion to Seal |
| --- | --- |
| Paragraph 1 | The dollar amount in digital assets in Plaintiff's Ethereum-based wallet that was stolen by Defendant John Doe. |
| Paragraph 1 | The at least dollar amount of traceable stolen funds deposited into a Coinbase, Inc. retail-user account. |
| Paragraph 14 | The dollar amount in digital assets in Plaintiff's Ethereum-based wallet that was stolen by Defendant John Doe. |
| Paragraph 19 | The dollar amount in digital assets in Plaintiff's Ethereum-based wallet that was stolen by Defendant John Doe. |
| Paragraph 24 | The at least dollar amount of traceable stolen funds deposited into a Coinbase, Inc. retail-user account. |
| Paragraph 24 | The wallet address associated with a Coinbase retail-user to whom Zero Shadow traced a portion of the funds stolen from Plaintiff. |
| Paragraph 25 | Coinbase's internal reference number for the traced Coinbase funds. |
| Paragraph 27 | The transaction hash of the transaction depositing traceable stolen funds to the wallet address associated with a Coinbase retail-user. |
| Paragraph 47 | The dollar amount in digital assets in Plaintiff's Ethereum-based wallet that was stolen by Defendant John Doe. |
| Paragraph 55 | The dollar amount in digital assets in Plaintiff's Ethereum-based wallet that was stolen by Defendant John Doe. |
| Paragraph 62 | The at least dollar amount of traceable stolen funds deposited into a Coinbase, Inc. retail-user account. |

**IT IS SO ORDERED.**

Date: ___May 6___, 2026

Thomas S. Hixson
United States Magistrate Judge

– 2 –