# EXHIBIT A

Patricia L. Peden (State Bar No. 206440)
Jesse A. Macias (State Bar No. 254794)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-4050@cases.warrenllp.com

Laurin H. Mills
WERTHER & MILLS, LLC
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
+1 (703) 547-4693
+1 (240) 912-3031 facsimile
laurin@werthermills.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| D.B.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, COINBASE GLOBAL, INC., and COINBASE, INC.,<br><br>Defendants. | Case No. 3:26-cv-04050-TSH<br><br>**PROPOSED ORDER** |

Having considered the Parties' Joint Discovery Letter Brief, and GOOD CAUSE appearing therefore:

THE COURT HEREBY RULES AS FOLLOWS:

D.B. may immediately serve Coinbase, Inc. with its First Set of Requests for Production by Plaintiff D.B. to Defendant Coinbase, Inc. (attached as Exhibit C to the Joint Discovery Letter Brief) seeking information sufficient to identify and locate the John Doe referenced in the Complaint.

//

//

D.B. may immediately serve Coinbase, Inc. with its First Set of Interrogatories by Plaintiff D.B. to Defendant Coinbase, Inc. (attached as Exhibit D to the Joint Discovery Letter Brief) seeking information sufficient to identify and locate the John Doe referenced in the Complaint.

IT IS SO ORDERED

Dated: ______________________________

______________________________
Thomas S. Hixson
United States Magistrate Judge