# EXHIBIT D

Patricia L. Peden (State Bar No. 206440)
Jesse A. Macias (State Bar No. 254794)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-4050@cases.warrenllp.com

Laurin H. Mills
WERTHER & MILLS, LLC
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
+1 (703) 547-4693
+1 (240) 912-3031 facsimile
laurin@werthermills.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| D.B.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, COINBASE GLOBAL, INC., and COINBASE, INC.,<br><br>Defendants. | Case No. 3:26-cv-04050-TSH<br><br>**FIRST SET OF INTERROGATORIES BY PLAINTIFF D.B.**<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Local Rules of this Court, Plaintiff D.B. ("Plaintiff") hereby propounds the following interrogatories to Defendants Coinbase Global, Inc. and Coinbase, Inc. ("Coinbase") to be answered separately and fully under oath, in writing, and signed by Coinbase. Coinbase is under a duty to supplement all responses to these interrogatories in accordance with Federal Rule of Civil Procedure 26(e).

//

//

//

**DEFINITIONS**

Unless specifically indicated, or otherwise required by the context in which the terms and names are used, the following definitions and instructions apply. Capitalized terms used in these definitions are defined separately in the following definitions.

1. The phrase "THE ACCOUNT" refers to the COINBASE account or accounts referenced in paragraphs 24 and 25 of Plaintiff's Complaint (Dkt. 1).

2. The terms "ALL," "ANY," and "EACH" shall be construed as all, any, and each.

3. The terms "COINBASE," "YOU," and "YOUR" means defendants Coinbase Global, Inc. and Coinbase, Inc., their officers, directors, principals, current and former employees, counsel, agents, consultants, representatives, and ANY other persons acting on behalf of ANY of the foregoing; as well as ANY subsidiaries, parents, affiliates, divisions, joint ventures, licensees, franchisees, assigns, predecessors and successors in interest, and ALL predecessors and successors in interest to such entities.

4. The term "IDENTIFY" means: (a) for a natural person, to state ALL personal information available to COINBASE regarding the individual, INCLUDING the individual's full name, employer, and current or last known personal address, personal telephone number, and email address; (b) for a person besides a natural person, to state ALL information available to COINBASE regarding the person, INCLUDING the person's full legal name, place of incorporation or formation, and address of their principal place of business.

5. The word "INCLUDING" shall mean "including but not limited to."

6. The term "OWNER" means ANY person who holds, controls, or has or had ANY legal, equitable, or beneficial interest in THE ACCOUNT, INCLUDING without limitation: (a) the registered or named holder of THE ACCOUNT; (b) ANY person who opened, registered, or applied to open THE ACCOUNT; (c) ANY PERSON in whose name THE ACCOUNT is or was maintained; (d) ANY PERSON who has or had authority to access, control, fund, transact through, deposit to, transfer from, or withdraw from THE ACCOUNT, whether or not exercised; and (e) ANY beneficial owner of THE ACCOUNT or of ANY assets held in or through THE ACCOUNT.

//

//

## INSTRUCTIONS

1. If YOU object to ANY portion of ANY interrogatory, respond to the unobjectionable portion and state specifically how YOU have narrowed YOUR response.

2. If YOU object to ANY interrogatory on the ground that it is vague or ambiguous, IDENTIFY the particular words, terms or phrases that YOU believe make the interrogatory vague or ambiguous. In the unlikely event that YOU find the meaning of ANY term to be unclear, assume a reasonable meaning, state what YOUR assumed meaning is, and respond using that meaning.

3. If YOU object to ANY interrogatory because of a claim of privilege, set forth ALL privileges YOU claim apply, the facts on which YOU rely to support EACH claim of privilege, and IDENTIFY EACH item of information for which privilege is claimed, containing at least the following information:

(a) ALL relevant dates INCLUDING creation and transmission;

(b) ALL authors and senders;

(c) ALL recipients;

(d) the general subject matter;

(e) ANY portions of the information over which YOU claim a privilege; and

(f) the specific privileges that YOU claim prevent disclosure of the information.

4. If ANY interrogatories call for information previously within YOUR possession, custody, or control, but which is not anymore, IDENTIFY such information in a manner sufficient to describe them in a subpoena, and give the name, telephone number, address, and e-mail address of the person or entity last known by YOU to have possession, custody, or control of it.

5. ALL interrogatories must be answered in full and in writing. If ANY interrogatory cannot be answered fully after exercising reasonable diligence, please so state and answer EACH such interrogatory to the fullest extent possible, specify the portion of EACH interrogatory that YOU claim to be unable to answer fully and completely, state the facts upon which YOU rely to support YOUR contention that YOU are unable to answer the interrogatory fully and completely, and state what knowledge, information, or belief YOU have concerning the unanswered portion of EACH such interrogatory.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

IDENTIFY the OWNER of THE ACCOUNT, INCLUDING the current and ANY preceding OWNERS of THE ACCOUNT.

Dated: June 29, 2026

Respectfully submitted,

*/s/ Patricia L. Peden*

Patricia L. Peden (State Bar No. 206440)
Jesse A. Macias (State Bar No. 254794)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-4050@cases.warrenllp.com

Laurin H. Mills
WERTHER & MILLS, LLC
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
+1 (703) 547-4693
+1 (240) 912-3031 facsimile
laurin@werthermills.com

*Counsel for Plaintiff*