Patricia L. Peden (State Bar No. 206440)
Jesse A. Macias (State Bar No. 254794)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-4050@cases.warrenllp.com

Laurin H. Mills
WERTHER & MILLS, LLC
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
+1 (703) 547-4693
+1 (240) 912-3031 facsimile
laurin@werthermills.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| D.B., | ) Case No. 3:26-cv-04050-TSH |
| Plaintiff, | ) ) ~~PROPOSED~~ **ORDER** |
| v. | ) ) |
| JOHN DOE, COINBASE GLOBAL, INC., and COINBASE, INC., | ) ) ) |
| Defendants. | ) ) ) |

Having considered the Parties' Joint Discovery Letter Brief, and GOOD CAUSE appearing

therefore:

THE COURT HEREBY RULES AS FOLLOWS:

D.B. may immediately serve Coinbase, Inc. with its First Set of Requests for Production by

Plaintiff D.B. to Defendant Coinbase, Inc. (attached as Exhibit C to the Joint Discovery Letter Brief)

seeking information sufficient to identify and locate the John Doe referenced in the Complaint.

//

//

– 1 –                    Case No. 3:26-cv-04050-TSH
                                   ~~PROPOSED~~ ORDER

D.B. may immediately serve Coinbase, Inc. with its First Set of Interrogatories by Plaintiff D.B. to Defendant Coinbase, Inc. (attached as Exhibit D to the Joint Discovery Letter Brief) seeking information sufficient to identify and locate the John Doe referenced in the Complaint.

IT IS SO ORDERED

Dated:   June 29, 2026

Thomas S. Hixson
United States Magistrate Judge

– 2 –                              Case No. 3:26-cv-04050-TSH

~~PROPOSED~~ ORDER