Robert E. Dunn (State Bar No. 275600)
rdunn@eimerstahl.com
EIMER STAHL LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1690

Christopher Markham (appearance *pro hac vice*)
christopher.markham@coinbase.com
COINBASE, INC.
One Madison Avenue, Suite 2400
New York City, NY 10010
Telephone: (888) 908-7930

*Attorneys for Defendants Coinbase Global, Inc.
and Coinbase, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| D.B., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE, COINBASE GLOBAL, INC., and COINBASE, INC., <br><br> Defendants. | Case No. 3:26-cv-04050-TSH <br><br> ~~[PROPOSED]~~ **ORDER GRANTING DEFENDANTS COINBASE GLOBAL, INC. AND COINBASE, INC.'S ADMINISTRATIVE MOTION TO SEAL ANSWER WITH CROSS-CLAIM AND COUNTERCLAIM FOR INTERPLEADER** <br><br> Judge: Hon. Thomas S. Hixson |

The Court, having reviewed Defendants Coinbase Global, Inc. and Coinbase, Inc.'s Administrative Motion to Seal Answer with Cross-Claim and Counterclaim for Interpleader, and good cause appearing therefore, orders that the motion is GRANTED.

**IT IS SO ORDERED.**

Dated: July 24, 2026___

_____
Hon. Thomas S. Hixson
United States Magistrate Judge

[PROPOSED] ORDER GRANTING COINBASE'S ADMINISTRATIVE MOTION TO SEAL;
CASE NO. 3:26-cv-04050-TSH