Robert E. Dunn (State Bar No. 275600)
rdunn@eimerstahl.com
EIMER STAHL LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1690

Christopher Markham (appearance *pro hac vice*)
christopher.markham@coinbase.com
COINBASE, INC.
One Madison Avenue, Suite 2400
New York, NY 10010
Telephone: (888) 908-7930

*Attorneys for Defendants and Cross-Claimants*
*Coinbase Global, Inc. and Coinbase, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| D.B., | Case No. 3:26-cv-04050-TSH |
| Plaintiff and Counter-Defendant, | **DEFENDANTS AND CROSS-CLAIMANTS COINBASE GLOBAL, INC. AND COINBASE, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO PROCEED AGAINST CROSS-DEFENDANT UNDER PSEUDONYM AND TO FILE DECLARATION OF TRUE IDENTITY UNDER SEAL** |
| v. | |
| JOHN DOE, COINBASE GLOBAL, INC., and COINBASE, INC., | |
| Defendants, | |
| COINBASE GLOBAL, INC., and COINBASE, INC., | **Pursuant to Civil L.R. 7-11, 79-5** |
| Cross-Claimants and Counter-Claimants, | |
| v. | Judge: Hon. Thomas S. Hixson |
| JOHN DOE, | |
| Cross-Defendant. | |

DEFENDANTS' AND CROSS-CLAIMANTS' ADMINISTRATIVE MOTION TO PROCEED AGAINST
CROSS-DEFENDANT UNDER PSEUDONYM AND TO FILE DECLARATION UNDER SEAL;
CASE NO.: 3:26-cv-04050-TSH

Defendants, Cross-Claimants, and Counter-Claimants Coinbase Global, Inc. and Coinbase, Inc. hereby move for leave to proceed against the Cross-Defendant John Doe pseudonymously. John Doe, whose initials are N.E., is a Coinbase customer with a retail account on Coinbase's cryptocurrency trading platform. *See* Declaration of Robert E. Dunn ("Dunn Decl.") ¶ 2. On May 4, 2026, Plaintiff sued Coinbase, alleging that he was the victim of a cryptocurrency scam and that some portion of the stolen proceeds was ultimately deposited in a retail account at Coinbase. *See* ECF No. 1 ¶¶ 24–29. Plaintiff seeks to recover the allegedly stolen proceeds from both John Doe and Coinbase. *Id.* ¶¶ 61–82. Plaintiff filed a motion to seal the Complaint, which this Court granted. *See* ECF No. 5.

Coinbase has identified N.E. as the owner of the account where the allegedly stolen funds were deposited. Dunn Decl. ¶ 3. Because Coinbase does not know who lawfully owns the contested funds, Coinbase answered the Complaint and asserted an interpleader counter-claim against D.B. and cross-claim against N.E. ECF No. 19. Coinbase also filed an administrative motion to seal the interpleader, ECF No. 18, which this Court granted, ECF No. 21. Because Plaintiff's Complaint accuses N.E. of being involved in a serious crypto theft that led to N.E. obtaining a substantial amount of crypto—which has not yet been proved—publicly revealing N.E.'s identity could expose him to public ridicule, suspicion, scams, and even physical harm. Dunn Decl. ¶ 4. Beyond that, Coinbase expends substantial time and resources to protect its customers' privacy, and revealing N.E.'s identity would run counter to those efforts. *Id.*

Accordingly, to protect N.E.'s identity while these proceedings are underway, Coinbase respectfully asks this Court to grant its administrative motion to proceed pseudonymously against N.E. on its interpleader claim and for permission to file a Declaration of True Identity under seal.

On July 24, 2026, Coinbase attempted to obtain N.E.'s consent to Coinbase's request to proceed pseudonymously. Dunn Decl. ¶ 5. N.E. did not respond to that request. *Id.* Coinbase has met and conferred with D.B.'s counsel, and D.B. does not object to Coinbase's request to proceed pseudonymously. *Id.* ¶ 6.

1

Dated: August 3, 2026                    Respectfully submitted,

By: /s/ *Robert E. Dunn*
Robert E. Dunn (State Bar No. 275600)
Eimer Stahl LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1690
rdunn@eimerstahl.com

Christopher Markham (appearance *pro hac vice*)
christopher.markham@coinbase.com
COINBASE, INC.
One Madison Avenue, Suite 2400
New York, NY 10010
Telephone: (888) 908-7930

*Attorneys for Defendants and Cross-Claimants*
*Coinbase Global, Inc. and Coinbase, Inc.*

DEFENDANTS' AND CROSS-CLAIMANTS' ADMINISTRATIVE MOTION TO PROCEED AGAINST
CROSS-DEFENDANT UNDER PSEUDONYM AND TO FILE DECLARATION UNDER SEAL;
CASE NO.: 3:26-cv-04050-TSH

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all registered counsel of record.


Dated: August 3, 2026                              */s/ Robert E. Dunn*
                                                    Robert E. Dunn