Robert E. Dunn (State Bar No. 275600)
rdunn@eimerstahl.com
EIMER STAHL LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1690

Christopher Markham (appearance *pro hac vice*)
christopher.markham@coinbase.com
COINBASE, INC.
One Madison Avenue, Suite 2400
New York, NY 10010
Telephone: (888) 908-7930

*Attorneys for Defendants and Cross-Claimants*
*Coinbase Global, Inc. and Coinbase, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| D.B.,<br><br>                    Plaintiff,<br><br>v.<br><br>JOHN DOE, COINBASE GLOBAL, INC., and COINBASE, INC.,<br><br>                    Defendants,<br><br><br>COINBASE GLOBAL, INC., and COINBASE, INC.,<br><br>        Cross-Claimants and Counter-Claimants,<br><br>v.<br><br>JOHN DOE,<br><br>                    Cross-Defendant. | Case No. 3:26-cv-04050-TSH<br><br>**DECLARATION OF ROBERT E. DUNN IN SUPPORT OF DEFENDANTS AND CROSS-CLAIMANTS COINBASE GLOBAL, INC. AND COINBASE, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO PROCEED AGAINST CROSS-DEFENDANT UNDER PSEUDONYM AND TO FILE DECLARATION OF TRUE IDENTITY UNDER SEAL**<br><br><br>Judge: Hon. Thomas S. Hixson |

DECLARATION OF ROBERT E. DUNN ISO ADMINISTRATIVE MOTION TO PROCEED AGAINST CROSS-DEFENDANT UNDER PSEUDONYM AND TO FILE DECLARATION UNDER SEAL;
CASE NO. 3:26-cv-04050-TSH

## DECLARATION OF ROBERT E. DUNN

I, Robert E. Dunn, declare as follows:

1.    I am an attorney at Eimer Stahl LLP and represent Defendants and Cross-Claimants Coinbase Global, Inc. and Coinbase, Inc. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them. I make this declaration in support of the Administrative Motion for Leave to Proceed Against Cross-Defendant Under Pseudonym and to File Declaration of True Identity Under Seal concurrently herewith.

2.    Cross-defendant John Doe, whose initials are N.E., is a Coinbase customer with a retail account on Coinbase's cryptocurrency trading platform.

3.    Coinbase has identified the owner of the account where the allegedly stolen funds described in Plaintiff's Complaint were deposited.

4.    Because N.E. has been accused of being involved in a serious crypto theft that led to N.E. obtaining substantial cryptocurrency, revealing his identity could expose him to public ridicule, suspicion, scams, and even physical harm. Coinbase expends substantial time and resources to protect its customers' privacy and does not wish to make N.E. a target.

5.    On July 24, 2026, I sent an email to the email address associated with N.E.'s account at Coinbase asking if he would consent to Coinbase's request to proceed pseudonymously. I did not receive a response to that email.

6.    I have met and conferred with D.B.'s counsel, and D.B. does not object to Coinbase's motion to proceed pseudonymously against N.E.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 3, 2026 at Campbell, California.

/s/ Robert E. Dunn
Robert E. Dunn

1

DECLARATION OF ROBERT E. DUNN ISO ADMINISTRATIVE MOTION TO PROCEED AGAINST CROSS-DEFENDANT UNDER PSEUDONYM AND TO FILE DECLARATION UNDER SEAL;
CASE NO. 3:26-cv-04050-TSH