Robert E. Dunn (State Bar No. 275600)
rdunn@eimerstahl.com
EIMER STAHL LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1690

Christopher Markham (appearance *pro hac vice*)
christopher.markham@coinbase.com
COINBASE, INC.
One Madison Avenue, Suite 2400
New York, NY 10010
Telephone: (888) 908-7930

*Attorneys for Defendants and Cross-Claimants*
*Coinbase Global, Inc. and Coinbase, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| D.B., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE, COINBASE GLOBAL, INC., and COINBASE, INC., <br><br> Defendants, <br><br><br> COINBASE GLOBAL, INC., and COINBASE, INC., <br><br> Cross-Claimants and Counter-Claimants, <br><br> v. <br><br> JOHN DOE, <br><br> Cross-Defendant. | Case No. 3:26-cv-04050-TSH <br><br> **DECLARATION OF TRUE IDENTITY** <br><br> **[LODGED CONDITIONALLY UNDER SEAL PURSUANT TO CIVIL L.R. 79-5]** <br><br> Judge: Hon. Thomas S. Hixson |

## **DECLARATION OF ROBERT E. DUNN**

I, Robert E. Dunn, declare as follows:

1.     I am an attorney at Eimer Stahl LLP and represent Defendants and Cross-Claimants Coinbase Global, Inc. and Coinbase, Inc. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2.     N.E.'s true name is █████████.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 3, 2026 at Campbell, California.

> */s/ Robert E. Dunn*
> Robert E. Dunn

DECLARATION OF TRUE IDENTITY; CASE NO. 3:26-cv-04050-TSH