Robert E. Dunn (State Bar No. 275600)
rdunn@eimerstahl.com
EIMER STAHL LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1690

Christopher Markham (appearance *pro hac vice*)
christopher.markham@coinbase.com
COINBASE, INC.
One Madison Avenue, Suite 2400
New York, NY 10010
Telephone: (888) 908-7930

*Attorneys for Defendants and Cross-Claimants*
*Coinbase Global, Inc. and Coinbase, Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| D.B.,<br><br>                    Plaintiff,<br><br>v.<br><br>JOHN DOE, COINBASE GLOBAL, INC., and COINBASE, INC.,<br><br>                    Defendants,<br><br><br>COINBASE GLOBAL, INC., and COINBASE, INC.,<br><br>        Cross-Claimants and Counter-Claimants,<br><br>v.<br><br>JOHN DOE,<br><br>        Cross-Defendant. | Case No. 3:26-cv-04050-TSH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS AND CROSS-CLAIMANTS COINBASE GLOBAL, INC. AND COINBASE, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO PROCEED AGAINST CROSS-DEFENDANT UNDER PSEUDONYM AND TO FILE DECLARATION OF TRUE IDENTITY UNDER SEAL**<br><br>**Civil L.R. 7-11, 79-5**<br><br><br>Judge: Hon. Thomas S. Hixson |

The Court, having reviewed Defendants and Cross-Claimants Coinbase Global, Inc. and Coinbase, Inc.'s Administrative Motion for Leave to Proceed Against Cross-Defendant Under Pseudonym and to File Declaration of True Identity Under Seal, and good cause appearing therefor, orders that the motion is GRANTED.

| Document Sought to be Sealed | Portions to be Sealed |
| --- | --- |
| Declaration of True Identity | Paragraph 2: N.E.'s true name |

**IT IS SO ORDERED.**

Dated: _____          _____

Hon. Thomas S. Hixson
United States District Judge

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO PROCEED AGAINST CROSS-DEFENDANT UNDER PSEUDONYM AND TO FILE DECLARATION UNDER SEAL;
CASE NO. 3:26-cv-04050-TSH