Patricia L. Peden (State Bar No. 206440)
Jesse A. Macias (State Bar No. 254794)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
2026-05-04@cases.warrenllp.com

Laurin H. Mills
WERTHER & MILLS, LLC
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
+1 (703) 547-4693
+1 (240) 912-3031 facsimile
laurin@werthermills.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| D.B., | Case No. 3:26-cv-04050-TSH |
| Plaintiff, | **DECLARATION OF JESSE A. MACIAS IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| v. | |
| JOHN DOE, COINBASE GLOBAL, INC., and COINBASE, INC., | |
| Defendants, | **Pursuant to Civil L.R. 6-2(a)** |
| COINBASE GLOBAL, INC., and COINBASE, INC., | |
| Cross-Claimants and Counter-Claimants, | Judge: Hon. Thomas S. Hixson |
| v. | |
| JOHN DOE, | |
| Cross-Defendant. | |

I, Jesse A. Macias, declare under penalty of perjury as follows:

– 1 –

DECLARATION OF JESSE A. MACIAS
IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

1. I am an attorney licensed to practice before this Court and the State of California. I am an attorney at Warren LLP, counsel for Plaintiff D.B. in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. I make this Declaration in accordance with Civil Local Rule 6-2(a) in support of the parties' Stipulation and [Proposed] Order Continuing Initial Case Management Conference and Related Deadlines (the "Stipulation").

3. On May 7, 2026, the Court issued its Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 6), setting, among other deadlines, the Initial Case Management Conference for August 13, 2026 at 10:00 a.m. and the joint case management statement and initial disclosures for August 6, 2026.

4. On July 20, 2026, Defendants Coinbase Global, Inc. and Coinbase, Inc. (together, "Coinbase") answered the Complaint and asserted an interpleader counterclaim against Plaintiff and an interpleader cross-claim against Cross-Defendant John Doe (ECF No. 19). Based on my review of the docket, Coinbase's responses to discovery requests, and my communications with counsel for Coinbase, Coinbase has identified the Cross-Defendant as the holder of the Coinbase account into which the disputed funds were deposited, and on August 3, 2026, Coinbase moved for leave to proceed against the Cross-Defendant under pseudonym (ECF No. 23).

5. Counsel for Coinbase has informed me that Coinbase is in the process of serving the Cross-Defendant with the complaint and cross-claim. The parties anticipate that soon, the Cross-Defendant either will have been served, and will therefore be in a position to appear and participate in the Rule 26(f) conference and the Initial Case Management Conference, or will be determined to be unable to be served.

6. Defendant John Doe has not appeared in this action. The parties to the Stipulation are all parties who have appeared. A continuance of the Initial Case Management Conference will allow the conference to proceed with the participation of all parties whose participation can be obtained, and will conserve party and judicial resources by avoiding a second case management conference.

– 2 –

DECLARATION OF JESSE A. MACIAS
IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

7.      There have been no previous time modifications in this case, whether by stipulation or Court order.

8.      Under the Court's May 7, 2026 Order, if the date of the initial case management conference is changed, all deadlines keyed to that conference are adjusted accordingly (ECF No. 6 at 2). No trial date or other case deadlines have been set.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  August 5, 2026

Respectfully submitted,

Jesse A. Macias

– 3 –

DECLARATION OF JESSE A. MACIAS
IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES