Patricia L. Peden (State Bar No. 206440)
Jesse A. Macias (State Bar No. 254794)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
2026-05-04@cases.warrenllp.com

Laurin H. Mills
WERTHER & MILLS, LLC
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
+1 (703) 547-4693
+1 (240) 912-3031 facsimile
laurin@werthermills.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| D.B., | Case No. 3:26-cv-04050-TSH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| v. | |
| JOHN DOE, COINBASE GLOBAL, INC., and COINBASE, INC., | **Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12** |
| Defendants, | |
| COINBASE GLOBAL, INC., and COINBASE, INC., | Judge: Hon. Thomas S. Hixson |
| Cross-Claimants and Counter-Claimants, | |
| v. | |
| JOHN DOE, | |
| Cross-Defendant. | |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff D.B. and Defendants,

Cross-Claimants, and Counter-Claimants Coinbase Global, Inc. and Coinbase, Inc. (together,

"Coinbase"), by and through their respective counsel of record, hereby stipulate as follows, subject to the Court's approval:

WHEREAS, on May 7, 2026, the Court issued its Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 6), setting the Initial Case Management Conference for August 13, 2026 at 10:00 a.m., with the joint case management statement and initial disclosures due August 6, 2026;

WHEREAS, on July 20, 2026, Coinbase answered the Complaint and asserted an interpleader cross-claim against Cross-Defendant John Doe, whom Coinbase has identified as the holder of the Coinbase account into which the disputed funds were deposited (ECF No. 19);

WHEREAS, on August 3, 2026, Coinbase filed an Administrative Motion for Leave to Proceed Against Cross-Defendant Under Pseudonym and to File Declaration of True Identity Under Seal (ECF No. 23), which Plaintiff does not oppose, and the Court's ruling on that motion will permit Coinbase to obtain issuance of a summons and effect service of the cross-claim on the Cross-Defendant;

WHEREAS, Coinbase is in the process of serving the Cross-Defendant, and the parties anticipate that soon the Cross-Defendant either will have been served with the cross-claim, and will therefore be able to participate in the Rule 26(f) conference and the Initial Case Management Conference, or will be determined to be unable to be served;

WHEREAS, Defendant John Doe has not appeared in this action, and the stipulating parties are accordingly all parties who have appeared;

WHEREAS, a continuance will allow the Initial Case Management Conference to proceed with all parties whose participation can be obtained, and will conserve party and judicial resources by avoiding a second case management conference;

WHEREAS, there have been no previous time modifications in this case, whether by stipulation or Court order, and the requested continuance will not otherwise alter the case schedule because, under the Court's May 7, 2026 Order, all deadlines keyed to the Initial Case Management Conference adjust automatically if the conference date is changed (ECF No. 6 at 2);

WHEREAS, this stipulation is supported by the accompanying Declaration of Jesse A. Macias, submitted pursuant to Civil Local Rule 6-2(a);

– 2 –

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

NOW, THEREFORE, the parties stipulate, and respectfully request that the Court order, as follows:

1. The Initial Case Management Conference currently set for August 13, 2026 at 10:00 a.m. is CONTINUED to **September 24, 2026 at 10:00 a.m.**, or such other date thereafter as is convenient for the Court;

2. Pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 6), all deadlines keyed to the Initial Case Management Conference, including the deadlines to meet and confer under Fed. R. Civ. P. 26(f), to make initial disclosures under Fed. R. Civ. P. 26(a)(1), and to file the joint case management statement, are continued and adjusted accordingly.

IT IS SO STIPULATED.

Respectfully submitted,

Date:  August 5, 2026

*/s/ Robert E. Dunn__*
Robert E. Dunn (State Bar No. 275600)
Eimer Stahl LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1690
rdunn@eimerstahl.com

Christopher Markham (appearance pro hac vice)
christopher.markham@coinbase.com
COINBASE, INC.
One Madison Avenue, Suite 2400
New York, NY 10010
Telephone: (888) 908-7930

*Attorneys for Defendants and Cross-Claimants Coinbase Global, Inc. and Coinbase, Inc.*

Date:  August 5, 2026

*/s/ Patricia L. Peden__*
Patricia L. Peden (State Bar No. 206440)
Jesse A. Macias (State Bar No. 254794)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
2026-05-04@cases.warrenllp.com

Laurin H. Mills
WERTHER & MILLS, LLC
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
+1 (703) 547-4693
+1 (240) 912-3031 facsimile
laurin@werthermills.com+
*Counsel for Plaintiff*

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL
CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Date:  August 5, 2026                    /s/ Patricia L. Peden

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL
CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Initial Case Management Conference is CONTINUED to September 24, 2026 at 10:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Pursuant to the Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 6), all deadlines keyed to the Initial Case Management Conference are adjusted accordingly.

| Event | New Deadline |
|---|---|
| Initial disclosures (Fed. R. Civ. P. 26(a)(1)) | September 17, 2026 |
| Joint Case Management Statement | September 17, 2026 |
| Initial Case Management Conference, Courtroom E, 15th Floor | September 24, 2026 |

Date:   August 7, 2026

_____

HONORABLE THOMAS S. HIXSON

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL
CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES