Robert E. Dunn (State Bar No. 275600)
rdunn@eimerstahl.com
EIMER STAHL LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1690

Christopher Markham (appearance *pro hac vice*)
christopher.markham@coinbase.com
COINBASE, INC.
One Madison Avenue, Suite 2400
New York City, NY 10010
Telephone: (888) 908-7930

*Attorneys for Defendants, Counter-Claimants, and Cross-Claimants Coinbase Global, Inc. and Coinbase, Inc..*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

D.B.,

Plaintiff and Counter-Defendant,

v.

JOHN DOE, COINBASE GLOBAL, INC., and COINBASE, INC.,

Defendants,

COINBASE GLOBAL, INC., and COINBASE, INC.,

Cross-Claimants and Counter-Claimants,

v.

JOHN DOE,

Cross-Defendant.

Case No. 3:26-cv-04050-TSH

**DEFENDANTS AND CROSS-CLAIMANTS COINBASE GLOBAL, INC. AND COINBASE, INC.'S ADMINISTRATIVE MOTION TO SEAL DECLARATION AND EXHIBITS TO MOTION FOR LEAVE TO EFFECT ALTERNATIVE SERVICE**

Judge: Hon. Thomas S. Hixson

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Coinbase Global, Inc. and Coinbase, Inc. ("Coinbase") respectfully move this Court for an order permitting the filing under seal portions of a declaration and exhibits in support of their Motion for Leave to Effect Alternative Service on Cross-Defendant by Electronic Mail. In particular, Coinbase seeks to file under seal portions of the exhibits to the Declaration of Robert E. Dunn in support of that motion and the Declaration of Charl Marais in support of that motion (collectively, the "Proposed Sealing Materials").

Pursuant to Civil Local Rule 79-5(c), this administrative motion is accompanied by the following:

1. The specific statement below required by Civil Local Rule 79-5(c);
2. Declaration of Robert E. Dunn in Support of Coinbase Global, Inc. and Coinbase, Inc.'s Administrative Motion to Seal Declaration and Exhibits to Motion for Leave to Effect Alternative Service ("Dunn Decl.");
3. A proposed order that lists each portion thereof to be sealed; and
4. An unredacted copy of the Proposed Sealing Materials.

As required by Civil Local Rule 79-5(b), Defendants have narrowly tailored this request to seek sealing only of sealable material and have only requested redaction of portions of the Declaration of Charl Marais in Support of Defendants, Counter-Claimants, and Cross-Claimants Coinbase Global, Inc. and Coinbase Inc.'s Administrative Motion for Leave to Effect Alternative Service on Cross-Defendant by Electronic Mail, and portions of Exhibits A and B to the Declaration of Robert E. Dunn in Support of Defendants, Counter-Claimants, and Cross-Claimants Coinbase Global, Inc. and Coinbase Inc.'s Administrative Motion for Leave to Effect Alternative Service on Cross-Defendant by Electronic Mail. *See A.B. Pacific Fertility Ctr.*, 441 F. Supp. 3d 902, 906–07 (N.D. Cal. 2020) (granting, in part, parties' administrative motions to seal where requests narrowly tailored under Civil Local Rule 79-5). The following portions of the Proposed Sealing Materials contain confidential information that Coinbase is requesting to remain sealed:

| Document | Portion to Seal |
|---|---|
| Declaration of Charl Marais in Support of Defendants, Counter-Claimants, and Cross-Claimants Coinbase Global, Inc. and Coinbase Inc.'s Administrative Motion for Leave to Effect Alternative Service on Cross-Defendant by Electronic Mail | The physical address of Defendant and Cross-Defendant N.E. (¶ 4)<br><br>The email address of Defendant and Cross-Defendant N.E. (¶ 7) |
| Exhibit A to the Declaration of Robert E. Dunn in Support of Defendants, Counter-Claimants, and Cross-Claimants Coinbase Global, Inc. and Coinbase Inc.'s Administrative Motion for Leave to Effect Alternative Service on Cross-Defendant by Electronic Mail | The true name of Defendant and Cross-Defendant N.E.<br><br>The physical address of Defendant and Cross-Defendant N.E. |
| Exhibit B to the Declaration of Robert E. Dunn in Support of Defendants, Counter-Claimants, and Cross-Claimants Coinbase Global, Inc. and Coinbase Inc.'s Administrative Motion for Leave to Effect Alternative Service on Cross-Defendant by Electronic Mail | The true name and name variations of Defendant and Cross-Defendant N.E.<br><br>Physical addresses associated with Defendant and Cross-Defendant N.E. |

The Ninth Circuit applies two standards to motions to seal court filings: "compelling reasons" and "good cause." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016). Which standard to apply "will turn on whether the motion is more than tangentially related to the merits of a case" or "able to significantly affect the disposition of the issues in the case." *Id.* at 1100-01. Courts must "conscientiously balance the competing interests of the public and the party who seeks to keep certain judicial records secret." *Id.* at 1097 (cleaned up). "Such public and private interests take into account whether disclosure of the information will cause a party embarrassment or violate any privacy interests, and whether the case involves issues

important to the public." *Strike 3 Holdings, LLC v. Doe*, 791 F. Supp. 3d 1102, 1105 (N.D. Cal. 2025).

This Court previously granted Coinbase's motion to proceed against Cross-Defendant John Doe under his initials N.E. ECF No. 27. This Court also granted Coinbase's motion to seal N.E.'s true name. *Id.* As Coinbase previously explained: "Because N.E. has been accused of being involved in a serious crypto theft that led to N.E. obtaining substantial cryptocurrency, revealing his identity could expose him to public ridicule, suspicion, scams, and even physical harm. Coinbase expends substantial time and resources to protect its customers' privacy and does not wish to make N.E. a target." ECF No. 23-1 ¶ 4. N.E.'s true name and name variations should remain under seal in the exhibits listed above for the same reason.

For similar reasons, N.E.'s email address and physical addresses should remain under seal to prevent exposure of his identity. This Court routinely finds "compelling reasons to seal home addresses . . . [and] email addresses." *Kumandan v. Google LLC*, No. 19-CV-04286-BLF, 2022 WL 17971633, at *1 (N.D. Cal. Nov. 17, 2022) (collecting cases); *see, e.g.*, *Nursing Home Pension Fund v. Oracle Corp.*, No. C01-00988 MJJ, 2007 WL 3232267, at *2 (N.D. Cal. Nov. 1, 2007) (finding that home address information "has little or no relevance to any material issue in this case" and granting the motion to seal such information to prevent the resident from potential "retaliation and harassment"); *Hernandez v. Cnty. of Monterey*, No. 13-CV-02354-BLF, 2023 WL 4688522, at *4 (N.D. Cal. July 21, 2023) (granting motion to seal names and email addresses, noting that "[n]umerous courts have found that individual rights in personal identifying information . . . outweigh the presumption in favor of public access to court records.") (collecting cases). Here, the reason to redact N.E.'s email address and physical addresses is crucial to preventing someone from ascertaining N.E.'s true name by searching for his email address (which contains a portion of N.E.'s true name) or his physical addresses.

Having previously determined that the true name of N.E. should remain under seal, Coinbase respectfully requests that the Court permit Coinbase to file under seal the portions of the papers listed above containing N.E.'s true name and name variations, email address, and physical addresses.

Dated: August 26, 2026

Respectfully submitted,

By: */s/ Robert E. Dunn*

Robert E. Dunn (State Bar No. 275600)
Eimer Stahl LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1690
rdunn@eimerstahl.com

Christopher Markham (appearance *pro hac vice*)
christopher.markham@coinbase.com
COINBASE, INC.
One Madison Avenue, Suite 2400
New York City, NY 10010
Telephone: (888) 908-7930

*Attorneys for Defendants Coinbase Global, Inc. and Coinbase, Inc.*