Robert E. Dunn (State Bar No. 275600)
rdunn@eimerstahl.com
EIMER STAHL LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1690

Christopher Markham (appearance *pro hac vice*)
christopher.markham@coinbase.com
COINBASE, INC.
One Madison Avenue, Suite 2400
New York, NY 10010
Telephone: (888) 908-7930

*Attorneys for Defendants, Counter-Claimants, and Cross-Claimants Coinbase Global, Inc. and Coinbase, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| D.B.,<br>Plaintiff,<br><br>v.<br><br>JOHN DOE, COINBASE GLOBAL, INC., and COINBASE, INC.,<br>Defendants,<br><br>COINBASE GLOBAL, INC., and COINBASE, INC.,<br><br>Cross-Claimants and Counter-Claimants,<br>v.<br><br>D.B.,<br>Counter-Defendant,<br><br>JOHN DOE,<br>Cross-Defendant. | Case No. 3:26-cv-04050-TSH<br><br>**DECLARATION OF CHARL MARAIS IN SUPPORT OF DEFENDANTS, COUNTER-CLAIMANTS, AND CROSS-CLAIMANTS COINBASE GLOBAL, INC. AND COINBASE, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO EFFECT ALTERNATIVE SERVICE ON CROSS-DEFENDANT BY ELECTRONIC MAIL**<br><br>Judge: Hon. Thomas S. Hixson |

**DECLARATION OF CHARL MARAIS**

I, Charl Marais, declare as follows:

1. I have been employed at Coinbase, Inc. ("Coinbase") since 2019. I am currently a Litigation Complaints Analyst at Coinbase. I am familiar with how the Coinbase platform operates, Coinbase's records, and how Coinbase communicates with customers. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. To prepare this declaration, I have reviewed reports maintained by Coinbase in the ordinary course of business.

3. I understand that a Coinbase user is a cross-defendant in the above-captioned action and that this Court has ordered that this action proceed against him pseudonymously. I refer to that individual in this Declaration as "N.E."

4. On December 8, 2017, N.E. opened a Coinbase account. To register as a Coinbase user, N.E. was required to provide his mailing address. Coinbase records list N.E.'s address as [redacted], Salt Lake City, Utah 84102.

5. On September 9, 2017, N.E. verified his identity by uploading an image of his driver's license showing his name and address.

6. Through public records searches, Coinbase is not aware of any physical address associated with N.E. other than the Salt Lake City address.

7. N.E. used the email address [redacted] to register for his Coinbase account. The first part of that email address matches N.E.'s surname. N.E. has never changed the email address associated with that account.

8. Coinbase sends regular email correspondence to its users at the email addresses associated with their accounts. Coinbase has sent over 300 emails to the email address

associated with N.E.'s account. None of those emails has ever generated a bounceback notification.

9. Coinbase tracks when certain of these emails are opened or if a link in the email is clicked. Emails that Coinbase sent to N.E.'s email address were opened and/or clicked over 50 times in the last three years, including to complete a reset of N.E.'s Coinbase account password and for two-factor authentication.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 26, 2026 at Mullingar, Ireland.

Signed by:
Charl Marais
820256A1D1CA470...

Charl Marais