Robert E. Dunn (State Bar No. 275600)
rdunn@eimerstahl.com
EIMER STAHL LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1690

Christopher Markham (appearance *pro hac vice*)
christopher.markham@coinbase.com
COINBASE, INC.
One Madison Avenue, Suite 2400
New York, NY 10010
Telephone: (888) 908-7930

*Attorneys for Defendants, Counter-Claimants, and Cross-Claimants Coinbase Global, Inc. and Coinbase, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| D.B.,<br>Plaintiff,<br><br>v.<br><br>JOHN DOE, COINBASE GLOBAL, INC., and COINBASE, INC.,<br>Defendants,<br><br>COINBASE GLOBAL, INC., and COINBASE, INC.,<br><br>Cross-Claimants and Counter-Claimants,<br>v.<br><br>D.B.,<br>Counter-Defendant,<br><br>JOHN DOE,<br>Cross-Defendant. | Case No. 3:26-cv-04050-TSH<br><br>**DECLARATION OF ROBERT E. DUNN IN SUPPORT OF DEFENDANTS, COUNTER-CLAIMANTS, AND CROSS-CLAIMANTS COINBASE GLOBAL, INC. AND COINBASE, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO EFFECT ALTERNATIVE SERVICE ON CROSS-DEFENDANT BY ELECTRONIC MAIL**<br><br>Judge: Hon. Thomas S. Hixson |

**DECLARATION OF ROBERT E. DUNN**

I, Robert E. Dunn, declare as follows:

1. I am an attorney at Eimer Stahl LLP. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them. I make this declaration in support of the Administrative Motion for Leave to Effect Alternative Service on Cross-Defendant by Electronic Mail.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Declaration of Reasonable Diligence of Armando Borceguin, a process server that I hired to attempt service on N.E. at an address in Salt Lake City.

3. Attached hereto as **Exhibit B** is the results of a Westlaw PeopleMap Report search for N.E. showing possible addresses associated with N.E. The most recent address associated with N.E. in that report is the address at which Mr. Borceguin attempted service.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 26, 2026 at Campbell, California.

*/s/ Robert E. Dunn*
Robert E. Dunn