# EXHIBIT A

PUBLIC REDACTED VERSION

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>**Robert Dunn SBN 275600**<br>**Eimer Stahl LLP**<br>**1999 S. Bascom Ave. Suite 1025**<br>**Campbell, CA 95008**<br>ATTORNEY FOR **Cross-Complainant** | TELEPHONE NUMBER<br>**(408) 889-1668** | FOR COURT USE ONLY |
|---|---|---|
| NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | | |
| SHORT TITLE OF CASE:<br>Coinbase Global, Inc. and Coinbase, Inc. v. Doe, John | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>3:26-cv-04050-TSH |
| **Declaration of Reasonable Diligence** | | Ref. No. or File No:<br>00532-00048 |

Person to Serve: [redacted]

Documents Received: **Summons Issued as to Cross-Defendant John Doe; Complaint; DEFENDANTS COINBASE GLOBAL, INC. AND COINBASE, INC.'S ANSWER WITH CROSS-CLAIM AND COUNTERCLAIM FOR INTERPLEADER UNDER FCRP RULE 22**

I declare the following attempts were made to effect personal service, no other residence or business address is known to me:

| | | |
|---|---|---|
| **Aug 14 2026** | **10:04 AM** | [redacted], Salt Lake City, UT 84102; No answer at the door; I rang the ring doorbell twice and knocked on the door as well. No noise behind the door. |
| **Aug 16 2026** | **12:19 PM** | [redacted], Salt Lake City, UT 84102; Spoke to the subject's mother; She stated he moved out about 1.5 years ago, and that she doesn't know where he lives now. He could be out of state she said. |

Person attempting service:

a. Name: **Armando Borceguin**
b. Address: **500 Allerton Street Suite 105, Redwood City, CA 94063**
c. Telephone number: **650-364-9612**
d. Registration Number: **#20 Swift Attorney Service**
e. County: **San Mateo**
f. Expiration Date:
g. **The fee** for this service was: **296.75**
h. I am an independent contractor.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Swift Legal

**Armando Borceguin** Date: **08/17/2026**