# EXHIBIT B

PUBLIC REDACTED VERSION

Possible People Information 2
Addresses 2
Name Variations 2
Permissible Uses and FCRA Disclaimer 2
Permissible Uses 2


**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

# Possible People Information

## Addresses

| Address | |
|---|---|
| **[redacted], SALT LAKE CITY, UT 84102-1242 \| SALT LAKE County** | |
| *Reported 07/01/2013 - 03/01/2025* | |
| By Bank Account Header Records 12/16/2020 - 12/16/2020 | Bank Account Header Records |
| By People Find 07/01/2013 - 07/01/2013 | People Find |
| By People Household | People Household #1 \| People Household #2 |
| By Voters Registration | Voters Registration |
| **[redacted], SALT LAKE CITY, UT 84102-1242** | |
| *Reported 08/15/2013 - 08/15/2013* | |
| By People Find 08/15/2013 - 08/15/2013 | People Find |
| **[redacted], SALT LAKE CITY, UT 84115-5496** | |
| *Reported 11/03/2011 - 11/03/2011* | |
| By People Find 11/03/2011 - 11/03/2011 | People Find |
| **[redacted], SALT LAKE CITY, UT 84115-5496 \| SALT LAKE County** | |
| *Reported 08/15/2011 - 08/15/2011* | |
| By People Find 08/15/2011 - 08/15/2011 | People Find |

## Name Variations

| Name | Source |
|---|---|
| [redacted] | Criminal&Infraction \| People Find \| People Household #1 \| People Household #2 |
| [redacted] | Bank Account Header Records |
| [redacted] | Criminal&Infraction #1 \| Criminal&Infraction #2 \| Criminal&Infraction #3 \| Voters Registration |
| [redacted] | Criminal&Infraction |
| [redacted] | Criminal&Infraction |
| [redacted] | Criminal&Infraction |
| [redacted] | Criminal&Infraction |

# Permissible Uses and FCRA Disclaimer

## Permissible Uses


**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

DPPA - For use in connection with a civil, criminal, or arbitral legal proceeding or legal research.
GLB - For use by a person holding a legal or beneficial interest relating to the consumer.
VOTERS - Use in connection with a non-commercial purpose.
Skip Tracing for Consumer Collections Declaration - Are you using this product for skip tracing related to consumer debt collection? - No

Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.


**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**