Robert E. Dunn (State Bar No. 275600)
rdunn@eimerstahl.com
EIMER STAHL LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1690

Christopher Markham (appearance *pro hac vice*)
christopher.markham@coinbase.com
COINBASE, INC.
One Madison Avenue, Suite 2400
New York, NY 10010
Telephone: (888) 908-7930

*Attorneys for Defendants, Counter-Claimants, and Cross-Claimants Coinbase Global, Inc. and Coinbase, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| D.B.,<br><br>Plaintiff,<br>v.<br><br>JOHN DOE, COINBASE GLOBAL, INC., and COINBASE, INC.,<br><br>Defendants,<br><br><br>COINBASE GLOBAL, INC., and COINBASE, INC.,<br><br>Cross-Claimants and Counter-Claimants,<br>v.<br><br>JOHN DOE,<br><br>Cross-Defendant. | Case No. 3:26-cv-04050-TSH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS AND CROSS-CLAIMANTS COINBASE GLOBAL, INC. AND COINBASE, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO EFFECT ALTERNATIVE SERVICE ON CROSS-DEFENDANT BY ELECTRONIC MAIL**<br><br>**Civil L.R. 7-11**<br><br><br>Judge: Hon. Thomas S. Hixson |

The Court, having reviewed Defendants and Cross-Claimants Coinbase Global, Inc. and Coinbase, Inc. ("Coinbase")'s Administrative Motion for Leave to Effect Alternative Service on Cross-Defendant by Electronic Mail, and good cause appearing therefor, orders that the motion is GRANTED. Coinbase may serve the summons, complaint, and Coinbase's cross-claim and counterclaim on N.E. at the email address associated with his Coinbase account.

**IT IS SO ORDERED.**

Dated: ____________________

____________________________
Hon. Thomas S. Hixson
United States District Judge