Robert E. Dunn (State Bar No. 275600)
rdunn@eimerstahl.com
EIMER STAHL LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1690

Christopher Markham (appearance *pro hac vice*)
christopher.markham@coinbase.com
COINBASE, INC.
One Madison Avenue, Suite 2400
New York City, NY 10010
Telephone: (888) 908-7930

*Attorneys for Defendants, Counter-Claimants, and Cross-Claimants Coinbase Global, Inc. and Coinbase, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

D.B.,

Plaintiff and Counter-Defendant,

v.

JOHN DOE, COINBASE GLOBAL, INC., and COINBASE, INC.,

Defendants,

COINBASE GLOBAL, INC., and COINBASE, INC.,

Cross-Claimants and Counter-Claimants,

v.

JOHN DOE,

Cross-Defendant.

Case No. 3:26-cv-04050-TSH

**~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS AND CROSS-CLAIMANTS COINBASE GLOBAL, INC. AND COINBASE, INC.'S ADMINISTRATIVE MOTION TO SEAL DECLARATION AND EXHIBITS TO MOTION FOR LEAVE TO EFFECT ALTERNATIVE SERVICE**

Judge: Hon. Thomas S. Hixson

The Court, having reviewed Defendants Coinbase Global, Inc. and Coinbase, Inc.'s Administrative Motion to Seal Declaration and Exhibits to Motion for Leave to Effect Alternative Service, and good cause appearing therefore, finds that the request is narrowly tailored to seal only sealable material and that good cause supports sealing the portions identified below.

Accordingly, the motion is GRANTED and the following documents and portions of documents shall be maintained under seal:

| **Document** | **Portion to Seal** |
|---|---|
| Declaration of Charl Marais in Support of Defendants, Counter-Claimants, and Cross-Claimants Coinbase Global, Inc. and Coinbase Inc.'s Administrative Motion for Leave to Effect Alternative Service on Cross-Defendant by Electronic Mail | The physical address of Defendant and Cross-Defendant N.E. (¶ 4)<br><br>The email address of Defendant and Cross-Defendant N.E. (¶ 7) |
| Exhibit A to the Declaration of Robert E. Dunn in Support of Defendants, Counter-Claimants, and Cross-Claimants Coinbase Global, Inc. and Coinbase Inc.'s Administrative Motion for Leave to Effect Alternative Service on Cross-Defendant by Electronic Mail | The true name of Defendant and Cross-Defendant N.E.<br><br>The physical address of Defendant and Cross-Defendant N.E. |
| Exhibit B to the Declaration of Robert E. Dunn in Support of Defendants, Counter-Claimants, and Cross-Claimants Coinbase Global, Inc. and Coinbase Inc.'s Administrative Motion for Leave to Effect Alternative Service on Cross-Defendant by Electronic Mail | The true name and name variations of Defendant and Cross-Defendant N.E.<br><br>Physical addresses associated with Defendant and Cross-Defendant N.E. |

**IT IS SO ORDERED.**

Dated: September 1, 2026

Hon. Thomas S. Hixson
United States Magistrate Judge