AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| D.B.,<br><br>*Plaintiff(s)*<br>v.<br><br>JOHN DOE, COINBASE GLOBAL, INC., and COINBASE, INC.,<br><br>*Defendant(s)* | ) | Civil Action No. 3:26-cv-04050-TSH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Cross-Defendant John Doe

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert E. Dunn
EIMER STAHL LLP
1999 South Bascom Avenue
Suite 1025
Campbell, CA 95008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date: 08/13/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-04050-TSH

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* John Doe
was received by me on *(date)* __________ .

☐ I personally served the summons on the individual at *(place)* __________
__________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __________
__________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __________ , who is
designated by law to accept service of process on behalf of *(name of organization)* __________
__________ on *(date)* __________ ; or

☐ I returned the summons unexecuted because __________ ; or

☑ Other *(specify)*:
Served by electronic mail to the address authorized by the Court pursuant to the Court's Order Granting Administrative Motion for Leave to Effect Alternative Service on Cross-Defendant by Electronic Mail (Dkt. 33).

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: September 4, 2026

____________________
*Server's signature*

Mara Martinez, Paralegal
*Printed name and title*

Eimer Stahl LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
*Server's address*

Additional information regarding attempted service, etc:

On September 3, 2026, I transmitted the summons and the accompanying documents by electronic mail to the address authorized by the Court and identified in par. 7 of the Declaration of Charl Marais (filed under seal, Dkt. 31-1). The accompanying documents are Complaint (Dkt. 1), Answer with Cross-Claim and Counterclaim for Interpleader (Dkt. 18-3), Declaration of Reasonable Diligence (Dkt. 31-3), Order Granting Alternative Service (Dkt. 33), Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. 6), Standing Orders from Judge Thomas S. Hixson, and Instructions for Preparation of Case Management Statement

To avoid disclosure of sealed information, the recipient's email address is not reproduced herein. No undeliverable or bounce-back message was received.