Patricia L. Peden (State Bar No. 206440)
Jesse A. Macias (State Bar No. 254794)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-4050@cases.warrenllp.com

Laurin H. Mills
WERTHER & MILLS, LLC
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
+1 (703) 547-4693
+1 (240) 912-3031 facsimile
laurin@werthermills.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| D.B.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, COINBASE GLOBAL, INC., and COINBASE, INC.,<br><br>Defendants,<br><br>COINBASE GLOBAL, INC., and COINBASE, INC.,<br><br>Cross-Claimants and Counter-Claimants,<br><br>v.<br><br>JOHN DOE,<br><br>Cross-Defendant. | Case No. 3:26-cv-04050-TSH<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>**Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12**<br><br>Judge: Hon. Thomas S. Hixson |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff D.B. and Defendants, Cross-Claimants, and Counter-Claimants Coinbase Global, Inc. and Coinbase, Inc. (together, "Coinbase"), by and through their respective counsel of record, hereby stipulate as follows, subject to the Court's approval:

WHEREAS, on May 7, 2026, the Court issued its Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 6), setting the Initial Case Management Conference for August 13, 2026 at 10:00 a.m., with the joint case management statement and initial disclosures due August 6, 2026;

WHEREAS, on July 20, 2026, Coinbase answered the Complaint and asserted an interpleader cross-claim against Cross-Defendant John Doe ("N.E."), whom Coinbase has identified as the holder of the Coinbase account into which the disputed funds were deposited (ECF No. 19);

WHEREAS, on August 3, 2026, Coinbase filed an Administrative Motion for Leave to Proceed Against Cross-Defendant Under Pseudonym and to File Declaration of True Identity Under Seal (ECF No. 23), which Plaintiff did not oppose;

WHEREAS, on August 5, 2026, in light of Coinbase's ongoing efforts to serve N.E., the parties filed a Stipulation and [Proposed] Order Continuing Initial Case Management Conference and Related Deadlines (ECF No. 24);

WHEREAS, on August 7, 2026, the Court granted that stipulation and issued its Corrected Order Continuing Initial Case Management Conference and Related Deadlines (ECF No. 26), setting the Initial Case Management Conference for September 24, 2026 at 10:00 a.m., with the joint case management statement and initial disclosures due September 17, 2026;

WHEREAS, also on August 7, 2026, the Court granted Coinbase's Administrative Motion for Leave to Proceed Against Cross-Defendant Under Pseudonym and to File Declaration of True Identity Under Seal (ECF No. 27);

WHEREAS, on August 13, 2026, the Clerk issued a summons as to N.E. (ECF No. 29);

WHEREAS, on August 26, 2026, Coinbase filed an Administrative Motion for Leave to Effect Alternative Service on Cross-Defendant by Electronic Mail (ECF No. 31), supported by declarations attesting that Coinbase's attempts to personally serve on N.E. had been unsuccessful;

WHEREAS, on September 2, 2026, the Court granted Coinbase's Administrative Motion for Leave to Effect Alternative Service (ECF No. 33);

WHEREAS, on September 4, 2026, Coinbase filed proof of service reflecting that N.E. was served with the summons and cross-claim by electronic mail on September 3, 2026 (ECF No. 34);

WHEREAS, N.E. has not appeared in this action and has until September 24, 2026 to answer or otherwise respond to the cross-claim, and the stipulating parties are accordingly all parties who have appeared;

WHEREAS, N.E.'s deadline to respond to the cross-claim falls one week after the current September 17, 2026 deadline for initial disclosures and the joint case management statement, and on the same day as the Initial Case Management Conference;

WHEREAS, by September 24, 2026, N.E. either will have appeared, and will therefore be able to participate in the Rule 26(f) conference and the Initial Case Management Conference, or will have failed to appear within the time allowed;

WHEREAS, a continuance will allow the Initial Case Management Conference to proceed with all parties whose participation can be obtained, and will conserve party and judicial resources by avoiding a second case management conference;

WHEREAS, the only previous time modification in this case is the continuance of the Initial Case Management Conference and related deadlines ordered on August 7, 2026 (ECF No. 26), and the requested continuance will not otherwise alter the case schedule because, under the Court's May 7, 2026 Order, all deadlines keyed to the Initial Case Management Conference adjust automatically if the conference date is changed (ECF No. 6 at 2);

WHEREAS, on September 3, 2026, counsel for Plaintiff and counsel for Coinbase met and conferred by electronic mail regarding the schedule for the Initial Case Management Conference, and agreed that, for the reasons set forth above, good cause exists to continue the Initial Case Management Conference and related deadlines;

WHEREAS, this stipulation is supported by the accompanying Declaration of Jesse A. Macias, submitted pursuant to Civil Local Rule 6-2(a);

//

NOW, THEREFORE, the parties stipulate, and respectfully request that the Court order, as follows:

1. The Initial Case Management Conference currently set for September 24, 2026 at 10:00 a.m. is CONTINUED to **October 8, 2026 at 10:00 a.m.**, or such other date thereafter as is convenient for the Court;

2. Pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 6), all deadlines keyed to the Initial Case Management Conference, including the deadlines to meet and confer under Fed. R. Civ. P. 26(f), to make initial disclosures under Fed. R. Civ. P. 26(a)(1), and to file the joint case management statement, are continued and adjusted accordingly.

IT IS SO STIPULATED.

Respectfully submitted,

Date: September 9, 2026

*/s/ Robert E. Dunn*

Robert E. Dunn (State Bar No. 275600)
Eimer Stahl LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1690
rdunn@eimerstahl.com

Christopher Markham (appearance pro hac vice)
christopher.markham@coinbase.com
COINBASE, INC.
One Madison Avenue, Suite 2400
New York, NY 10010
Telephone: (888) 908-7930

*Attorneys for Defendants and Cross-Claimants Coinbase Global, Inc. and Coinbase, Inc.*

Date: September 9, 2026

*/s/ Patricia L. Peden*

Patricia L. Peden (State Bar No. 206440)
Jesse A. Macias (State Bar No. 254794)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-4050@cases.warrenllp.com

Laurin H. Mills
WERTHER & MILLS, LLC
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
+1 (703) 547-4693
+1 (240) 912-3031 facsimile
laurin@werthermills.com+
*Counsel for Plaintiff*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Date: September 9, 2026 *_/s/ Patricia L. Peden_*

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Initial Case Management Conference is CONTINUED to October 8, 2026 at 10:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Pursuant to the Order Continuing Initial Case Management Conference and ADR Deadlines (ECF No. 26), all deadlines keyed to the Initial Case Management Conference are adjusted accordingly.

| Event | New Deadline |
|---|---|
| Initial disclosures (Fed. R. Civ. P. 26(a)(1)) | October 1, 2026 |
| Joint Case Management Statement | October 1, 2026 |
| Initial Case Management Conference, Courtroom E, 15th Floor | October 8, 2026 |

Date: September 10, 2026

HONORABLE THOMAS S. HIXSON