Robert E. Dunn (State Bar No. 275600)
rdunn@eimerstahl.com
EIMER STAHL LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1690

Christopher Markham (appearance *pro hac vice*)
christopher.markham@coinbase.com
COINBASE, INC.
One Madison Avenue, Suite 2400
New York, NY 10010
Telephone: (888) 908-7930

*Attorneys for Defendants and Cross-Claimants*
*Coinbase Global, Inc. and Coinbase, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

D.B.,

Plaintiff and Counter-Defendant,

v.

JOHN DOE, COINBASE GLOBAL, INC., and COINBASE, INC.,

Defendants,

COINBASE GLOBAL, INC., and COINBASE, INC.,

Cross-Claimants and Counter-Claimants,

v.

JOHN DOE,

Cross-Defendant.

Case No. 3:26-cv-04050-TSH

**DEFENDANTS AND CROSS-CLAIMANTS COINBASE GLOBAL, INC. AND COINBASE, INC.'S REQUEST FOR ENTRY OF DEFAULT AGAINST CROSS-DEFENDANT JOHN DOE**

**Pursuant to Fed. R. Civ. P. 55(a)**

Judge: Hon. Thomas S. Hixson

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Defendants, Cross-Claimants, and Counter-Claimants Coinbase Global, Inc. and Coinbase, Inc. (collectively, "Coinbase"), hereby requests that the Clerk of the Court enter default against Cross-Defendant John Doe ("N.E."), on the ground that said Defendant has failed to appear or otherwise respond to Coinbase's Summons and Answer with Cross-Claim and Counterclaim for Interpleader within the time prescribed by Rule 12(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. On September 3, 2026, true and correct copies of the Summons, Complaint, and Answer with Cross-Claim and Counterclaim for Interpleader were served upon N.E. by email pursuant to this Court's order granting Coinbase's Motion for Alternative Service. ECF Nos. 33, 34. N.E. was required to file an answer or responsive pleading in this action on or before September 24, 2026. To date, however, N.E. has failed to file any responsive pleading or otherwise appear in this action, and N.E. has not requested any extension of time to respond. Therefore, Coinbase hereby respectfully requests that the Clerk enter a Certificate of Default against N.E. The above-stated facts are set forth in the accompanying Declaration of Robert E. Dunn filed herewith.

Dated: September 29, 2026

Respectfully submitted,

By: <u>/s/ *Robert E. Dunn*</u>

Robert E. Dunn (State Bar No. 275600)
Eimer Stahl LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1690
rdunn@eimerstahl.com

Christopher Markham (appearance *pro hac vice*)
christopher.markham@coinbase.com
COINBASE, INC.
One Madison Avenue, Suite 2400
New York, NY 10010
Telephone: (888) 908-7930

*Attorneys for Defendants and Cross-Claimants Coinbase Global, Inc. and Coinbase, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all registered counsel of record.

Dated: September 29, 2026

*/s/ Robert E. Dunn*
Robert E. Dunn