Robert E. Dunn (State Bar No. 275600)
rdunn@eimerstahl.com
EIMER STAHL LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1690

Christopher Markham (*pro hac vice*)
christopher.markham@coinbase.com
COINBASE, INC.
One Madison Avenue, Suite 2400
New York City, NY 10010
Telephone: (888) 908-7930

*Attorneys for Cross-Claimants and Counter-Claimants Coinbase Global, Inc. and Coinbase, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| D.B.,<br><br>Plaintiff and Counter-Defendant,<br>v.<br><br>JOHN DOE, COINBASE GLOBAL, INC., and COINBASE, INC.,<br><br>Defendants,<br><br><br>COINBASE GLOBAL, INC., and COINBASE, INC.,<br><br>Cross-Claimants and Counter-Claimants,<br>v.<br><br>N.E.,<br><br>Cross-Defendant. | Case No. 3:26-cv-04050-TSH<br><br>**COINBASE GLOBAL, INC. AND COINBASE, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>Magistrate Judge Thomas S. Hixson |

Defendants, Cross-Claimants, and Counter-Claimants Coinbase Global, Inc. and Coinbase, Inc. (collectively, "Coinbase") hereby state the following:

1. Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report. Coinbase, Inc. is a wholly owned subsidiary of Coinbase Global, Inc., and both are named parties to this action.
2. Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Coinbase, Inc. is a wholly owned subsidiary of Coinbase Global, Inc. Coinbase Global, Inc. is a publicly held corporation and does not have any parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: October 1, 2026

Respectfully submitted,

By: /s/ *Robert E. Dunn*

Robert E. Dunn (State Bar No. 275600)
Eimer Stahl LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1690
rdunn@eimerstahl.com

Christopher Markham (*pro hac vice*)
christopher.markham@coinbase.com
COINBASE, INC.
One Madison Avenue, Suite 2400
New York City, NY 10010
Telephone: (888) 908-7930

*Attorneys for Cross-Claimants and Counter-Claimants Coinbase Global, Inc. and Coinbase, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all registered counsel of record.

Dated: October 1, 2026

*/s/ Robert E. Dunn*
Robert E. Dunn