Robert E. Dunn (State Bar No. 275600)
rdunn@eimerstahl.com
EIMER STAHL LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1690

Christopher Markham (appearance *pro hac vice*)
christopher.markham@coinbase.com
COINBASE, INC.
One Madison Avenue, Suite 2400
New York City, NY 10010
Telephone: (888) 908-7930

*Attorneys for Defendants, Counter-Claimants, and Cross-Claimants Coinbase Global, Inc. and Coinbase, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

D.B.,

Plaintiff and Counter-Defendant,

v.

JOHN DOE, COINBASE GLOBAL, INC., and COINBASE, INC.,

Defendants,

COINBASE GLOBAL, INC., and COINBASE, INC.,

Cross-Claimants and Counter-Claimants,

v.

N.E.,

Cross-Defendant.

Case No. 3:26-cv-04050-TSH

**DECLARATION OF CHRISTOPHER MARKHAM IN SUPPORT OF CROSS-PLAINTIFFS AND COUNTER-PLAINTIFFS COINBASE GLOBAL, INC. AND COINBASE, INC.'S MOTION FOR ORDER OF INTERPLEADER**

Judge: Hon. Thomas S. Hixson

**DECLARATION OF CHRISTOPHER MARKHAM**

I, Christopher Markham, declare as follows:

1. I have been employed at Coinbase, Inc. ("Coinbase") since 2025. I am currently a Senior Trial Counsel. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.
2. To prepare this declaration, I have reviewed records maintained by Coinbase in the ordinary course of business.
3. Coinbase was informed that private investigators (including Zero Shadow and Five Stones Intelligence) had traced a portion of funds allegedly stolen from D.B. to a Coinbase account and asked Coinbase to freeze the funds associated with that account.
4. Coinbase confirmed that the account belongs to a Coinbase retail user, N.E., confirmed that the funds received in the identified transaction were still held by Coinbase, and implemented measures preventing dissipation of those funds pending investigation.
5. Coinbase continues to freeze that account.
6. Coinbase is a disinterested stakeholder in the funds in the account and does not know which of D.B. or N.E. is entitled to those funds.
7. On September 29, 2026, I met and conferred with counsel for D.B., and counsel confirmed that D.B. does not oppose Coinbase's motion for interpleader.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 30, 2026 at New York City, New York.

Signed by:
Christopher Markham
4545B46C12E241B

Christopher Markham