Robert E. Dunn (State Bar No. 275600)
rdunn@eimerstahl.com
EIMER STAHL LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1690

Christopher Markham (appearance *pro hac vice*)
christopher.markham@coinbase.com
COINBASE, INC.
One Madison Avenue, Suite 2400
New York City, NY 10010
Telephone: (888) 908-7930

*Attorneys for Cross-Claimants and Counter-Claimants Coinbase Global, Inc. and Coinbase, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

D.B.,

Plaintiff,

v.

JOHN DOE, COINBASE GLOBAL, INC., and COINBASE, INC.,

Defendants.

COINBASE GLOBAL, INC., and COINBASE, INC.,

Cross-Claimants and Counter-Claimants,

v.

N.E.,

Cross-Defendant.

Case No. 3:26-cv-04050-TSH

**[PROPOSED] ORDER GRANTING CROSS-CLAIMANTS AND COUNTER-CLAIMANTS COINBASE GLOBAL, INC. AND COINBASE, INC.'S MOTION FOR ORDER OF INTERPLEADER**

Magistrate Judge: Hon. Thomas S. Hixson

The Court, having reviewed Cross-Claimants and Counter-Claimants Coinbase Global, Inc. and Coinbase, Inc.'s Motion for Order of Interpleader, and good cause appearing therefore, orders that the motion is GRANTED.

**IT IS SO ORDERED.**

Dated: ____________________

____________________________
Hon. Thomas S. Hixson
United States Magistrate Judge