UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
*cand.uscourts.gov*

October 7, 2026

RE: 26-cv-04050-TSH B. v. Coinbase Global, Inc.

Default is entered as to Cross-Defendant John Doe on October 7, 2026.

Mark B. Busby, Clerk of Court

____________________________________

by: Kristen Adams-Moffett
Case Systems Administrator
415-522-2068