Robert E. Dunn (State Bar No. 275600)
rdunn@eimerstahl.com
EIMER STAHL LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1690

Christopher Markham (*pro hac vice*)
christopher.markham@coinbase.com
COINBASE, INC.
One Madison Avenue, Suite 2400
New York City, NY 10010
Telephone: (888) 908-7930

*Attorneys for Cross-Claimants and Counter-Claimants Coinbase Global, Inc. and Coinbase, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| D.B.,<br><br>Plaintiff and Counter-Defendant,<br>v.<br><br>JOHN DOE, COINBASE GLOBAL, INC., and COINBASE, INC.,<br><br>Defendants,<br><br>COINBASE GLOBAL, INC., and COINBASE, INC.,<br><br>Cross-Claimants and Counter-Claimants,<br>v.<br><br>N.E.,<br><br>Cross-Defendant. | Case No. 3:26-cv-04050-CRB<br><br>**NOTICE OF RE-SETTING OF HEARING ON CROSS-CLAIMANTS AND COUNTER-CLAIMANTS COINBASE GLOBAL, INC. AND COINBASE, INC.'S MOTION FOR ORDER OF INTERPLEADER**<br><br>Date: November 6, 2026<br>Time: 10:00 a.m.<br>Room: Courtroom 6 – 17th Floor<br>Judge: Hon. Charles R. Breyer |

**NOTICE OF RE-SETTING OF HEARING ON MOTION FOR ORDER OF INTERPLEADER**

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to the Court's October 13, 2026 Order Reassigning Case (ECF No. 47), the hearing on Cross-Claimants and Counter-Claimants Coinbase Global, Inc. and Coinbase, Inc.'s (collectively, "Coinbase") Motion for Order of Interpleader (ECF No. 40), previously set for November 5, 2026 before Magistrate Judge Thomas S. Hixson, will now be heard on Friday, November 6, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Charles R. Breyer, United States District Judge, in Courtroom 6, 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102.

Consistent with the Order Reassigning Case, re-setting the hearing does not alter the existing briefing schedule. Any opposition remains due on October 15, 2026, and any reply remains due on October 22, 2026.

The motion is based on the papers previously filed in support (ECF Nos. 40, 40-1, and 40-2), this Notice, the pleadings and records on file in this action, and such argument as the Court may permit at the hearing.

Dated: October 14, 2026

Respectfully submitted,

By: /s/ *Robert E. Dunn*

Robert E. Dunn (State Bar No. 275600)
Eimer Stahl LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1690
rdunn@eimerstahl.com

Christopher Markham (*pro hac vice*)
christopher.markham@coinbase.com

COINBASE, INC.
One Madison Avenue, Suite 2400
New York City, NY 10010
Telephone: (888) 908-7930

*Attorneys for Cross-Claimants and Counter-Claimants Coinbase Global, Inc. and Coinbase, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all registered counsel of record.

Dated: October 14, 2026

*<u>/s/ Robert E. Dunn</u>*
Robert E. Dunn